**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1948 JMB |
| ) | |
| SENATOR MO, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's request to proceed in forma pauperis on appeal. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After carefully reviewing the complaint, the Court finds no allegations that show plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and dismiss this action without prejudice to refiling as a fully-paid complaint.

Accordingly,

---

[1] *Engel v. Governor of Missouri*, 1:20-cv-217 HEA (E.D.Mo); *Engel v. Jefferson County Sheriff's Dept.,* No. 4:20-cv-1226 MTS (E.D.Mo); *Engel v. Missouri Courts,* 4:20-cv-1258 SPM (E.D.Mo); *Engel v. Missouri Dept. of Corrections*, 4:20-cv-1430 AGF (E.D.Mo); *Engel v. CCA,* 4:20-cv-1639 NCC (E.D.Mo); *Engel v. MoDOC*, 4:20-cv-1668 RWS (E.D.Mo); *Engel v. Corizon*, 4:20-cv-1695 NAB (E.D.Mo); *Engel v. ERDCC*, 4:20-cv-1737 JMB (E.D.Mo); *Engel v. ERDCC,* 4:20-cv-1739 JMB (E.D.Mo); *Engel v. Probation and Parole of Missouri,* 4:20-cv-1740 DDN (E.D.Mo); *Engel v. United States*, 4:20-cv-1742 MTS (E.D.Mo); *Engel v. Gov. of Missouri*, 4:20-cv-1797 AGF (E.D.Mo); *Engel v. ERDCC,* 4:20-cv-1810 CDP (E.D.Mo); *Engel v. Corizon,* 4:20-cv-1812 NAB (E.D.Mo); *Engel v. Mercy Hospital Festus,* 4:20-cv-1911 AGF (E.D.Mo); *Engel v. Co1*, 4:20-cv-1923 HEA (E.D.Mo).

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal [ECF No. 6] is **DENIED**.

Dated this 1st day of February, 2021.

                                                                        *John A. Ross*
                                                                        **JOHN A. ROSS**
                                                                        **UNITED STATES DISTRICT JUDGE**